| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Neil A Brood** | Social Security number or ITIN | **xxx–xx–5743** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lucinda L Brood** | Social Security number or ITIN | **xxx–xx–5167** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Idaho** | Date case filed for chapter | **7   7/31/17** |
| Case number: | **17–20477–TLM** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Neil A Brood | Lucinda L Brood |
| 2. | **All other names used in the last 8 years** | | fka Lucinda L Pendell |
| 3. | **Address** | 2732 N. Reddington Way<br>Post Falls, ID 83854 | 2732 N. Reddington Way<br>Post Falls, ID 83854 |
| 4. | **Debtor's attorney**<br>Name and address | Jonathon Frantz<br>Post Falls Law, LLC<br>1810 E. Schneidmiller Ave<br>Suite 301<br>Post Falls, ID 83854 | Contact phone 208–262–3893<br>Email: office@postfallslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David P. Gardner<br>250 Northwest Boulevard<br>Suite 206B<br>Coeur d'Alene, ID 83814 | Contact phone 208–667–2103<br>Email: trustee@winstoncashatt.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>6450 N. Mineral Drive<br>Room 150<br>Coeur d Alene, ID 83815 | The Clerk's Office is open to the public from 9:00 a.m. to 4:00 p.m., Monday through Friday, except on legal holidays.<br><br>Contact phone 208−665−6850<br><br>Date: 7/31/17 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**6450 N. Mineral Dr, US Trustee Room #120, Coeur d Alene, ID 83815** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/20/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                       page **2**

United States Bankruptcy Court
District of Idaho

In re:
Neil A Brood
Lucinda L Brood
    Debtors

Case No. 17-20477-TLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0976-2      User: bcrowder      Page 1 of 1      Date Rcvd: Jul 31, 2017
                       Form ID: 309A      Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         +Neil A Brood,    Lucinda L Brood,    2732 N. Reddington Way,    Post Falls, ID 83854-6902
4815361       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Best Buy,    PO Box 78009,    Phoenix, AZ 85062)
4815362        +Cabela's,    PO Box 82519,    Lincoln, NE 68501-2519
4815363        +Capital One,    PO Box 60504,    City of Industry, CA 91716-0504
4815365        +Country Door,    1112 7th Ave,    Monroe, WI 53566-1364
4815366        +Discover,    PO Box 51908,    Los Angeles, CA 90051-6208
4815372        +P1FCU,    PO Box 897,    Lewiston, ID 83501-0897
4815373        +PayPal Credit,    Po Box 105658,    Atlanta, GA 30348-5658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: office@postfallslaw.com Aug 01 2017 00:13:08     Jonathon Frantz,
                 Post Falls Law, LLC,    1810 E. Schneidmiller Ave,    Suite 301,    Post Falls, ID  83854
tr             +EDI: QDGARDNER.COM Aug 01 2017 00:13:00     David P. Gardner,    250 Northwest Boulevard,
                 Suite 206B,    Coeur d'Alene, ID 83814-2973
ust            +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov Aug 01 2017 00:13:19     US Trustee,
                 Washington Group Central Plaza,    720 Park Blvd, Ste 220,    Boise, ID 83712-7785
4815364        +EDI: RMSC.COM Aug 01 2017 00:13:00     Chevron,    PO Box 530950,    Atlanta, GA 30353-0950
4815368         E-mail/Text: bk@iccu.com Aug 01 2017 00:13:10     Idaho Central CU,    PO Box 2469,
                 Pocatello, ID 83206
4815369        +EDI: RMSC.COM Aug 01 2017 00:13:00     JC Penney,    PO Box 960090,    Orlando, FL 32896-0090
4815370        +EDI: CBSKOHLS.COM Aug 01 2017 00:13:00     Kohl's,    P Box 30510,    Los Angeles, CA 90030-0510
4815371        +EDI: RMSC.COM Aug 01 2017 00:13:00     Lowes Visa Credit,    PO Box 960010,
                 Orlando, FL 32896-0010
4815374        +EDI: WFNNB.COM Aug 01 2017 00:13:00     Simply Be,    PO Box 659707,
                 San Antonio, TX 78265-9707
4815376        +EDI: WFFC.COM Aug 01 2017 00:13:00     Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
4815377        +EDI: WFFC.COM Aug 01 2017 00:13:00     Wells Fargo,    Po Box 51193,
                 Los Angeles, CA 90051-5493
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4815375          TJX Rewards,    PO Box 530949
4815367*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    PO Box 78011,    Phoenix, AZ 85062)
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              David P. Gardner    trustee@winstoncashatt.com,
               dgardner@ecf.epiqsystems.com;dpg@winstoncashatt.com;jrv@winstoncashatt.com
              Jonathon Frantz    on behalf of Joint Debtor Lucinda L Brood office@postfallslaw.com
              Jonathon Frantz    on behalf of Debtor Neil A Brood office@postfallslaw.com
              US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 4
```